**MULTIPLAN, INC., Appellant**

v.

**LUBBOCK HEART HOSPITAL, LP,**
**United Healthcare Insurance**
**Company, et al., Appellees.**

No. 07–10–00262–CV.

Court of Appeals of Texas,
Amarillo,
Panel A.

Oct. 22, 2010.

Craig L. Caesar and Errol J. King, for Multiplan, Inc.

Doug K. Butler, Larry Hallman, Andrew G. Jubinsky, Jim Hund, Ricky Raven, Morgan L. Gaskin, Philip R. Russ, John P. Levick, James Nelson and J. Paul Manning, for Lubbock Heart Hospital, LP,

United Healthcare Insurance Company, Mega Life and Health Insurance Company, Fiserv Health Administrators, Inc., United Food and Commercial Workers, Cooperative Benefit Administrators, Inc., Cigna Healthcare of Texas, Inc. and Olympus Managed Health Care, Inc.

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

## ORDER

PER CURIAM.

Before the court is the unopposed motion of appellee Principal Life Insurance Company to abate the appeal or extend its briefing deadline by forty-five days. According to the motion, Principal Life and appellant Multiplan, Inc. "have reached a settlement in principle of this matter" but require additional time beyond the existing deadline for Principal Life's brief to close the matter.

The appeal is abated until further order of the court. If a proper motion for voluntary dismissal of the appeal is not filed with the court within forty-five days of this order, Principal Life is directed to submit a status report on the forty-fifth day following this order.

It is so ordered.